IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**KAMERON LEE WILLIAMS, # 790578,**   :

    **Plaintiff,**   :

**vs.**   :   CIVIL ACTION 22-0453-JB-MU

**MOBILE COUNTY DISTRICT COURT,**   :

    **Defendant.**   :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 22nd day of March, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE